Supreme Court of Texas Orders 01/12/2006









THE SUPREME COURT OF TEXAS
Orders Pronounced January 12, 2006
ORDERS ON CAUSES

 
 
 06‑0025 
 
 IN RE ANETTE CARLISLE
motion for expedited relief 
 granted
 
  
 
 Pursuant to Texas Rule of Appellate Procedure 52.8(c), 
 without hearing oral argument, the Court conditionally grants the petition 
 for writ of mandamus.
The Chair of the Republican Party of Texas, 
 Tina J. Benkiser, is directed to take all actions necessary under, or 
 required by, the Texas Election Code to certify Anette Carlisle as a 
 candidate for the 87th District of the Texas House of 
 Representatives.
Opinion to follow